BARBARA A. LAWLESS - Bar # 53195
SONYA L. SMALLETS - Bar # 226190
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 391-7555

Attorneys for Plaintiff
MICHAEL DISCEPOLA, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL V. DISCEPOLA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | No. C 07-00361 CRB <br><br> STIPULATION AND REQUEST FOR DISMISSAL <br><br><br><br> Judge: Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: February 21, 2008

LAWLESS & LAWLESS

by *Sonya Smallets*
Barbara A. Lawless
Sonya L. Smallets
Attorneys for Plaintiff

Dated: February 21, 2008

GORDON & REES LLP

by *Van T. Nguyen*
Michael A. Laurenson
Van T. Nguyen
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: February 22, 2008

HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND REQUEST FOR DISMISSAL
Case No. C 07-00361 CRB

-2-